### NORVELL et al. v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. May 17, 1921.)

Nos. 3541–3547.

Nos. 3541, 3543:

Appeals from the District Court of the United States for the Western District of Louisiana.

Nos. 3542, 3544–3547:

Appeals and Cross-Appeals from the District Court of the United States for the Western District of Louisiana.

Separate suits in equity by the United States against W. W. Green and others, against Henry Hunsicker and others, against the Arkansas Natural Gas Company and others, against B. R. Norvell and others, against W. H. Matthews and others, against Dillard P. Eubank and others, and against Lydia Hanszen McMullen and others.

Nos. 3541, 3543:

Robert A. Hunter, Sp. Asst. Atty. Gen., of Shreveport, La., for the United States.

S. L. Herold and J. A. Thigpen, both of Shreveport, La., for appellees.

No. 3542:

Hampden Story, S. L. Herold, and J. A. Thigpen, all of Shreveport, La., for appellants and cross-appellees.

Robert A. Hunter, Sp. Asst. Atty. Gen., of Shreveport, La., for the United States.

Nos. 3544–3547:

S. L. Herold and J. A. Thigpen, both of Shreveport, La., for appellants and cross-appellees.

Robert A. Hunter, Sp. Asst. Atty. Gen., of Shreveport, La., for the United States.

Before WALKER, BRYAN, and KING, Circuit Judges.

WALKER, Circuit Judge. Each of these cases is so far like the case of Mason et al. v. United States (Circuit Court of Appeals, Fifth Circuit) 273 Fed. 135, that the opinion rendered in the cited case sufficiently discloses the grounds relied on to support the decisions now announced. The decree in each of these cases is affirmed in so far as it was in favor of the plaintiff below, and is reversed in so far as it credited the defendants below, or any of them, with drilling and operating costs incurred, and the cases are remanded, with direction that the accounting and the decrees be conformed to the views expressed in the opinion above referred to.

Affirmed in part; reversed in part.